**Electronically Filed**
**Supreme Court**
**SCWC-16-0000444**
**24-MAY-2024**
**08:10 AM**
**Dkt. 68 OGAC**

SCWC-16-0000444

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MAUI LANI NEIGHBORS, INC., a Hawaiʻi Nonprofit Corporation,
Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAIʻI; STATE OF HAWAIʻI DEPARTMENT OF LAND AND NATURAL RESOURCES; STATE OF HAWAIʻI BOARD OF LAND AND NATURAL RESOURCES; DAWN N.S. CHANG, in her official capacity as chair of the State of Hawaiʻi Board of Land and Natural Resources; COUNTY OF MAUI; COUNTY OF MAUI PLANNING COMMISSION; COUNTY OF MAUI DEPARTMENT OF PLANNING; KATE L.K. BLYSTONE, in her official capacity as County of Maui Planning Director,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000444; CASE NO. 2CC141000501)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ., and
Circuit Judge Castagnetti, in place of Ginoza, J., recused)

Petitioner Maui Lani Neighbors, Inc.'s Application for

Writ of Certiorari, filed on March 25, 2024, is hereby accepted

and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, May 24, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Jeannette H. Castagnetti